EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Extensión de Términos por Motivo de concesión del viernes 25 de noviembre de 2011 | 2011 TSPR 172<br><br>183 DPR \_\_\_ |

Número del Caso: EM-2011-10

Fecha: 14 de noviembre de 2011

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos por
Motivo de concesión del viernes
25 de noviembre de 2011          EM-2011-10

RESOLUCIÓN

San Juan, Puerto Rico a 14 de noviembre de 2011.

El Juez Presiente, Hon. Federico Hernández Denton, ha concedido a los empleados(as) y funcionarios(as) de la Rama Judicial el viernes 25 de noviembre de 2011, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes 25 de noviembre de 2011 como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes 28 de noviembre de 2011, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Pabón

Charneco y los Jueces Asociados señor Rivera García y señor Feliberti Cintrón, no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo